Skylar Salem
10004 23 RD
Cimarron KS 67835
skylarsalem@email.com
620 855 2311

12-16-2023

**FILED**

JAN 09 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Federal Judge
Richard Myers
2 Princess Street
Wilmington NC 28401

Federal Judge
Richard Myers

I went federal court against Chase Chicago il for $2,600,000,000,000.00 violent assault libel hit and run libel nigger corr libel slander Chicago Police Chicago il libel Visa libel Che libel pedifile libel cell phones libel Xfinity Chicago il libel Larry Snelling Chicago il libel Chomo libel Chase benet Wray libel Brandon Johnson Chicago il libel City of Chicago Chicago il libel bank fraud libel Chase.com libel Trea libel internet libel account libel Rat Poison libel Cra libel Cast libel Chase Nazi no Chase Nazi Not libel JP Morgan libel Mastercard libel Internal Revenue Service Washington DC libel NYSE libel Western Union libel stock fraud libel Barack Obama Chicago il libel Microsoft Outlook libel Walgreens Chicago il libel Cook County Illinois libel Verizon Chicago il libel Boeing Chicago il libel Target Chicago il libel Apple Inc Chicago il libel Christopher Wray Washington DC libel fbi.gov libel email libel Chicago Public Library Chicago il libel Thomas Dart Chicago il libel Jewel Osco Chicago il libel Clayton Obriecht Chicago il libel Northwestern Memorial Chicago il libel Louis Comeli Chicago il libel Holy Name Cathedral Chicago il libel USPS Chicago il libel Ozinga Chicago il libel Chinatown Hotel Chicago il libel Garda World Chicago il libel John Hancock Chicago il libel I libel womens child retarded cant spell libel tren libel JB Pritzker Springfield IL libel McDonalds Chicago il libel Google libel BP Chicago il libel Ascension Saint Mary Chicago il libel Starbucks Chicago il libel Depaul University Chicago il libel Trans Union libel Pay Pal libel Monterrey Security Chicago il libel Lothrop GPM Chicago il libel Equifax libel Lakefront Trail Chicago il libel Grant Park Chicago il libel Jackson County MO libel Serve libel Washington Mutual libel Greg Dustro Chicago il libel Susana Remirez Chicago il libel UPS Chicago il libel Fedex Chicago il libel Amtrak Chicago il libel Greyhound Chicago il libel New York Life Chicago il libel Staples Chicago il libel
The amount to be bank wired to American Express 320013335579 routing 124085060

Sincerely
Skylar Salem