Return address (handwritten, upper left):
Federal Judge
Richard Myers
2 Princess Street
Wilmington NC 28401

Addressee (handwritten, center):
Federal Judge Richard Myers
2 Princess Street
Wilmington NC 28401

RECEIVED
JAN 09 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

X-RAYED
CSO

2840183986 C099